# EXHIBIT "G"

# McHALE & SLAVIN, P.A.
### ATTORNEYS AT LAW
U.S. & INTERNATIONAL PATENTS, TRADEMARKS, COPYRIGHTS,
RELATED LICENSING & LITIGATION

2855 PGA BOULEVARD
PALM BEACH GARDENS • FLORIDA • 33410-2910
TELEPHONE (561) 625-6575    FACSIMILE (561) 625-6572
palmbeach@mchaleslavin.com

July 9, 2013

**U.S. Mail – Return Receipt Requested**
Jeffrey Snow, Esq.
Cooper & Dunham, LLP
30 Rockefeller Plaza
New York, NY 10112

Re: Infringement of U.S. Patent No. 8,479,776
"Expandable Garden Hose"

Dear Mr. Snow:

As you know, this firm represents Blue Gentian, LLC regarding the enforcement of U.S. Patent Nos. 8,291,941 and 8,291,942 against Telebrands Corporation, arising from its sale of the "POCKET HOSE". Because your firm represents Telebrands Corporation in current litigation with Blue Gentian, LLC, and its exclusive licensee, National Express, Inc., I am directing this letter to Telebrands Corporation through you, as its patent litigation counsel.

Attached hereto is U.S. Patent No. 8,479,776 (the '776 Patent) for an Expandable Garden Hose, which issued on July 9, 2013. Telebrands' importation, manufacture, sale, offer for sale and/or use of the POCKET HOSE constitutes direct infringement of one or more claims of the '776 Patent, under 35 U.S.C. § 271.

This letter, therefore, provides Telebrands Corporation with actual notice of the issuance of the '776 Patent and demands that it immediately cease and desist from further sales and other infringing actions related to its promotion of the POCKET HOSE in the U.S. Telebrands' decision to continue such actions following this notification constitutes willful patent infringement, subjecting it to enhanced damages pursuant to 35 U.S.C. § 284. Such actions may also support claims for induced and contributory infringement of the '776 Patent, and Blue Gentian and National Express have contemporaneously notified retailers of the Pocket Hose of their infringing actions.

Accordingly, I ask that you advise me, within fourteen (14) days of your receipt of this letter, as to Telebrands' intentions toward continuing promotion and sale of the POCKET HOSE. Failing to hear from you within that time, or upon advisement that Telebrands will not cease and desist from further infringing acts, Blue Gentian, LLC and National Express, Inc. intend to seek all available remedies for willful infringement provided by the patent laws of the United States.

Sincerely,

McHALE & SLAVIN, P.A.

Michael A. Slavin

MAS/mab
Enclosure

MIAMI (305) 374-3311     www.mchaleslavin.com     CHICAGO (312) 939-2515