# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLUE GENTIAN, LLC, et al., | Civil No. 13-4627(FSH) |
| Plaintiffs, | |
| v. | **ORDER** |
| TELEBRANDS CORPORATION, et al., | July 1, 2014 |
| Defendants. | |

**HOCHBERG, District Judge:**

This matter comes before the Court upon the Report and Recommendation of the Honorable James B. Clark, III, United States Magistrate Judge, filed on April 29, 2014 [Docket No. 74], recommending that this Court grant Defendant Ajit Khubani's Motion to Dismiss and deny his Motion to Strike;

and the Court having reviewed the Report and Recommendation de novo pursuant to 28 U.S.C. § 636 and L. Civ. R. 72.1; and having received no objections pursuant to L.Civ.R. 72.1(c)(2); and for good cause shown;

**IT IS** this 1st day of Juy, 2014, hereby

**ORDERED** that the Report and Recommendation of Magistrate Judge Clark filed on April 29, 2014 [Docket No. 74], is **ADOPTED** in its entirety.

s/ Faith S. Hochberg<br>
Faith S. Hochberg, U.S.D.J.